**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN NEEB** | : | Case No. 1:25-cv-00946 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| **EQUIPMENT DEPOT, INC.** | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |

Notice is hereby given that Joshua M. Smith, Esq. will appear as counsel for Plaintiff John Neeb in this matter.

Respectfully submitted,

*/s/ Joshua M. Smith, Esq.*
Joshua M. Smith, Esq. (0092360)
Peter A. Saba, Esq. (0055535)
Bailey E. Sharpe, Esq. (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2485
(513) 533-2999 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
**Counsel for Plaintiff John Neeb**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via ordinary and/or electronic mail upon Joshua A. Hughes, Esq. and Samuel N. Lillard, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 88 East Broad Street, Suite 2025, Columbus, Ohio 43215, this 4th day of February, 2026.

*/s/ Joshua M. Smith, Esq.*
Joshua M. Smith, Esq. (0092360)

1