**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN NEEB** | : | Case No. 1:25-cv-00946 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| **EQUIPMENT DEPOT, INC.** | : | **NOTICE OF WITHDRAWAL OF** |
| | : | **BAILEY E. SHARPE, ESQ.** |
| Defendant. | : | |

Please take notice that attorney Bailey E. Sharpe, Esq. hereby moves to be withdrawn as counsel for the Plaintiff, John Neeb, in this case and removed from the service list. Peter A. Saba, Esq. and Joshua M. Smith, Esq. of the law firm SSP Law Co., L.P.A. will remain counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Bailey E. Sharpe, Esq.*
Bailey E. Sharpe, Esq. (0103565)
Joshua M. Smith, Esq. (0092360)
Peter A. Saba, Esq. (0055535)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2485
(513) 533-2999 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
**Counsel for Plaintiff John Neeb**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via ordinary and/or electronic mail upon Joshua A. Hughes, Esq. and Samuel N. Lillard, Esq.,

1

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 88 East Broad Street, Suite 2025, Columbus, Ohio 43215, this 25th day of March, 2026.

/s/ Bailey E. Sharpe, Esq.
Bailey E. Sharpe, Esq. (0103565)